# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1209
_____

United States of America

*Plaintiff - Appellee*

v.

Jessie Ivory, also known as Jesse Holliday

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: April 24, 2024
Filed: April 29, 2024
[Unpublished]
_____

Before GRUENDER, ERICKSON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Jessie Ivory appeals after the district court[1] revoked his supervised release and sentenced him to a term of imprisonment within the advisory Sentencing Guidelines

_____

[1]The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.

range.  His counsel has moved for leave to withdraw and has filed a brief challenging the substantive reasonableness of the sentence.

We conclude that the sentence was not an abuse of discretion.  <u>See</u> <u>United States v. Valure</u>, 835 F.3d 789, 790 (8th Cir. 2016) (standard of review).  There is no indication that the district court failed to consider a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment.  <u>See</u> <u>United States v. Larison</u>, 432 F.3d 921, 923 (8th Cir. 2006) (considerations for reasonableness of sentence); <u>United States v. Petreikis</u>, 551 F.3d 822, 824 (8th Cir. 2009) (sentence within Guidelines range presumptively reasonable).

Accordingly, we grant counsel's motion to withdraw, and affirm the judgment.

_____